1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT FOR THE

8                                  EASTERN DISTRICT OF CALIFORNIA

9
JOYCE E. WALTERS,                          )          1:09cv077 DLB
10                                         )
                     Plaintiff,            )          ORDER GRANTING
11                                         )          EXTENSION OF TIME
                                           )
12          vs.                            )          (Document 15)
                                           )
13                                         )
MICHAEL J. ASTRUE, Commissioner,           )
14                                         )
                                           )
15                   Defendant.            )
_____)
16

17          On August 24, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an

18  extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening

19  brief SHALL be filed on or before September 18, 2009.  Defendant's opposition, if any, shall be filed

20  on or before October 19, 2009.

21          IT IS SO ORDERED.

22          **Dated:    August 25, 2009**                      _____ **/s/ Dennis L. Beck** _____
                                                    UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28
                                                    1