1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT FOR THE

8                              EASTERN DISTRICT OF CALIFORNIA

9
JOYCE E. WALTERS,                          )       1:09cv077 DLB
10                                             )
                    Plaintiff,             )       ORDER GRANTING
11                                             )       APPLICATION FOR LATE FILING
                                           )
12                                             )       (Document 18)
             vs.                           )
13                                             )
MICHAEL J. ASTRUE, Commissioner,           )
14                                             )
                                           )
15                  Defendant.             )
_____)
16
        On September 25, 2009, Plaintiff filed an application for a late filing, along with her
17
Opening Brief.  Defendant has indicated that he has no objection.  Accordingly, Plaintiff's
18
application is GRANTED.
19

20

        IT IS SO ORDERED.
21
     Dated:   __September 28, 2009__              _____/s/ Dennis L. Beck_____
22                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28                                              1