IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE E. WALTERS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 1:09cv077 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 20) |

On February 26, 2010, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to file an opposition to Plaintiff's opening brief. Also on February 26, Defendant filed a response to the order to show cause and his opposition.

In the response, Defendant explains that he had completed the opposition but inadvertently failed to file it. Defendant also states that at the time Plaintiff's opening brief was filed, counsel was distracted by health concerns.

Based on Defendant's response, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **March 1, 2010**         **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1