IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE E. WALTERS,<br><br>           Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | 1:09cv0077 DLB<br><br>ORDER GRANTING STIPULATION FOR AWARD OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(Document 26) |

      On June 29, 2010, the parties submitted a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Accordingly, it is ORDERED that the Law Offices of Lawrence D. Rohlfing, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of FOUR THOUSAND DOLLARS ($4,000.00). This amount represents compensation for all legal services rendered by Denise Bourgeois Haley and the Law Offices of Lawrence D. Rohlfing on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

      Payment of FOUR THOUSAND DOLLARS ($4,000.00) in EAJA attorney fees, costs, and expenses to the Law Offices of Lawrence D. Rohlfing as assignee of Plaintiff shall constitute a

1 complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees. Any 2 payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to the Law 3 Offices of Lawrence D. Rohlfing.

4     This award is without prejudice to the rights of Denise Bourgeois Haley and the Law Offices 5 of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to 6 the offset provisions of the EAJA.

7     IT IS SO ORDERED.

8     Dated:   **June 30, 2010**              /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE